UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

WALTER ELKINS,                                                                                    Petitioner

v.                                                                          Civil Action No. 3:24-cv-719-RGJ-LLK

ARM INDUSTRIES, INC., and                                                                       Defendants
UNKNOWN DEFENDANT

\* \* \* \* \*

### ORDER ACCEPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation of the Magistate Judge that this case be dismissed without prejudice for failure to prosecute. [DE 20]. This matter was referred to United States Magistrate Judge. [DE 14]. The Magistrate Judge entered her Report and Recommendation [DE 20] on February 2, 2026. The time for objections to the magistrate judge's recommendation expired on February 17, 2026. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2). No objections were filed and the time for doing so has passed. This matter is now ripe for adjudication.

A district court may refer a motion to a magistrate judge for the preparation of a report and recommendation. 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b)(1). "A magistrate judge must promptly conduct the required proceedings . . . [and] enter a recommended disposition, including, if appropriate, proposed findings of fact." Fed. R. Civ. P. 72(b)(1). This Court must "determine de novo any part of the magistrate judge's disposition that has been properly objected to." 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). The Court need not review under a *de novo* or any other standard those aspects of the report and recommendation to which no specific objection is made and may adopt the findings and rulings of the magistrate judge to which no specific objection is filed  *Thomas v. Arn,* 474 U.S. 140, 150, 155 (1985).

Here, because no party has objected to the Report and Recommendation, the Court may accept it without review. *See Thomas*, 474 U.S. at 150, 155. Nevertheless, the Court has conducted its own review of the record and finds no error in the magistrate judge's findings and conclusions. Accordingly, and the Court being otherwise sufficiently advised, **IT ORDERED** as follows:

(1)  The Report and Recommendation of the United States Magistrate Judge Regina S. Edwards, [DE 20], is **ACCEPTED** in whole and **INCORPORATED** by reference.

(2)  A separate judgment shall issue this date.

Rebecca Grady Jennings, District Judge
United States District Court

February 26, 2026

cc: Counsel of Record
    Plaintiff, pro se